# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mercedes Gonzalez Solorzano, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 26-cv-01270-SHL-EMB |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of the Petitioner.

Date: 2/19/2026                                                                KATE M. FOGARTY, CLERK